IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:20-CR-5-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS GREEN,<br><br>           Defendant. | ORDER |

This matter comes before the court on the *pro se* motion of Defendant Carlos Green requesting new counsel. [DE-34]. The court initially appointed the Federal Public Defender to represent Defendant [DE-7], but counsel later withdrew due to a conflict [DE-28]. The court then appointed replacement counsel, Sean Vitrano, who currently represents Green [DE-29, -30].

On April 15, 2020, counsel filed a motion to extend case deadlines. [DE-32]. In the motion counsel indicated he had reviewed discovery and discussed pretrial motions with Green via Jurislink, Green said he would write to the court to request new counsel, and counsel required more time to attempt to repair the existing relationship and to discuss the case with Green. *Id.* The court extended the motions deadline to June 22, 2020 and set the arraignment for the July 14, 2020 term of court. [DE-33]. Defendant's *pro se* motion, postmarked April 17, 2020, states that he is not pleased with counsel's efforts, and there is a conflict such that his best interests are not represented. [DE-34].

Counsel shall confer with his client and attempt to resolve the matters raised in the *pro se* motion regarding representation. In the event all issues impacting counsel's continued representation of Green are resolved, counsel shall withdraw the *pro se* motion on behalf of his client; if issues remain, counsel shall file a motion to withdraw. Counsel's response to

this order is due by no later than **May 6, 2020**.

SO ORDERED, the 22 day of April, 2020.

Robert B. Jones, Jr.
United States Magistrate Judge